JACOB POSTER, Respondent, v. HILL-CASTLE CONSTRUCTION CO., INC., and Others, Defendants. NOBILE-NORGE BUILDING CORPORATION, Appellant.— Order reversed upon the law and the facts, with ten dollars costs and disbursements, and motion to open default and serve answer granted, without costs; appellant to serve its answer within twenty days from service of a copy of the order entered herein. We are of opinion that the proposed defense of fraud alleged in the appellant's answer is sufficient. Appellant took title to the property now under foreclosure, not as a willing purchaser, but for the purpose of protecting the moneys theretofore invested in the improvement. Under the facts stated in the moving papers, fraud is a defense to this action. The case should be tried without delay. Young, Rich, Hagarty, Seeger and Scudder, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FREDERICK R. McCULLOUGH, Appellant, v. SHERIFF OF KINGS COUNTY and MARYLAND CASUALTY COMPANY, Respondents.— Order dismissing writ of habeas corpus reversed upon the law, with ten dollars costs and disbursements, writ sustained and relator discharged. When the surety company paid the amount directed to be paid by the relator in the order of November 20, 1924, there was a compliance with the court's order and thus there could not be a contempt thereof. Lazansky, P. J., Rich and Scudder, JJ., concur; Young and Seeger, JJ., dissent.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. RICCARDO SODERO, Respondent, v. WARDEN OF CITY PRISON, etc., Respondent, Appellant, and THE PEOPLE OF THE STATE OF NEW YORK, Appellant.— Order sustaining writ reversed upon the law and the matter remitted to Special Term for determination by it of the question as to whether the relator was actually a fugitive from justice from the State of Massachusetts, upon such proofs as either party on reasonable opportunity of hearing may see fit to offer. Even assuming that the assistant district attorney then present at the hearing conceded the facts, testimony should have been taken. (*People ex rel. Moore* v. *Holmes*, 151 App. Div. 257; *People ex rel. Genna* v. *McLaughlin*, 145 id. 513.) Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ., concur.